THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRIAN FORMICONI,<br><br>　　　　Defendant | Case No.: 2:18-mj-00129-CKD<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND ORDER EXCLUDING TIME<br><br>Date:　July 19, 2018<br>Time:　2:00p.m.<br>Judge:　Hon. Allison Claire |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for July 19, 2018, at 2:00 p.m. is continued to July 30, 2018, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).  Defense counsel has recently been retained and is currently in a jury trial in Tuolumne County and is not available on the currently scheduled Preliminary Hearing date.

　　　　It is further stipulated that good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).  The parties further stipulate that the ends of justice are served by the Court excluding time from July 19, 2018, to July 30, 2018, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).  The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| DATED: July 13, 2018 | By: | /s/ Thomas A. Johnson |
| | | THOMAS A. JOHNSON |
| | | Attorney for Brian Formiconi |
| DATED: July 13, 2018 | | McGREGOR W. SCOTT |
| | | United States Attorney |
| | By: | /s/ Roger Yang |
| | | ROGER YANG |
| | | Assistant U.S. Attorney |

### **ORDER**

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for July 19, 2018 is continued to July 30, 2018.  It is further ORDERED that the time under the Speedy Trial Act between today's date and July 30, 2018, is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through July 30, 2018.

Dated: July 16, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE