THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>BRIAN FORMICONI,<br><br>        Defendant | Case No.: 2:18-cr-00141-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:    April 25, 2019<br>Time:    10:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

## **STIPULATION**

The United States of America through its undersigned counsel, Roger Yang and Audrey Hemesath, Assistant United States Attorneys, together with Thomas A. Johnson, counsel for defendant, Brian Formiconi, hereby stipulate the following:

1. By previous order, this matter was set for Status Conference on April 25, 2019.

2. By this stipulation, defendant now moves to continue the Status Conference to, July 11, 2019, at 10:00 a.m. and to exclude time between April 25, 2019, and July 11, 2019, under the Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. A continuance is requested because counsel for the defendant needs additional time to review the discovery, conduct investigation, and discuss a potential resolution. Additionally, Defense counsel is preparing for a federal trial set to begin on May 6, 2019 and needs additional time in this case.

1    b. Counsel for defendant believes the failure to grant a continuance in this case
2       would deny defense counsel reasonable time necessary for effective
3       preparation, taking into account the exercise of due diligence.
4    c. The Government does not object to the continuance.
5    d. Based on the above-stated findings, the ends of justice served by granting the
6       requested continuance outweigh the best interests of the public and the
7       defendants in a speedy trial within the original date prescribed by the Speedy
8       Trial Act.
9    e. For the purpose of computing time under the Speedy Trial Act, 18 United
10      States Code Section 3161(h)(7)(A) within which trial must commence, the
11      time period of April 25, 2019, to July 11, 2019, inclusive, is deemed
12      excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and
13      (B)(iv), corresponding to Local Code T-4 because it results from a continuance
14      granted by the Court at defendant's request on the basis of the Court's finding
15      that the ends of justice served by taking such action outweigh the best interest
16      of the public and the defendant in a speedy trial.
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  April 18, 2019

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Brian Formiconi

DATED:  April 18, 2019

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney

## <u>ORDER</u>

IT IS SO ORDERED.

Dated:  April 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE