THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

BRIAN FORMICONI,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:18-cr-00141-MCE

STIPULATION AND ORDER TO
EXCLUDE TIME

Date:     January 30, 2020
Time:     10:00 a.m.
Judge:   Hon. Morrison C. England, Jr.

## **STIPULATION**

1.     By the Court's own motion, this matter was continued to January 30, 2020.

2.     By this stipulation, the parties move to exclude time under the Speedy Trial

Act, and under Local Code T4 time between December 11, 2019, and January 30, 2020.

3.     The parties agree and stipulate, and request that the Court find the

following:

     a)     Both parties are investigating facts that may materially affect

sentencing.

     b)     On December 3, 2019, this Court vacated and continued the status

conference previously set for December 11, 2019 to January 30, 2020.

     c)     Counsel for defendant believes that failure to grant the above-

requested continuance would deny counsel the reasonable time necessary for

effective preparation, taking into account the exercise of due diligence.

       d)     Counsel for defendant is currently scheduled for a jury trial in January of 2020 and consents to the continuance and requests the time exclusion in order to maintain continuity of counsel.

       e)     The government does not object to the continuance.

       f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2019 to January 30, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE: December 4, 2019

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Brian Formiconi

DATED: December 4, 2019

/s/ Roger Yang
ROGER YANG
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: December 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE