THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:18-cr-00141-MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO |
| | ) EXCLUDE TIME |
| vs. | ) |
| BRIAN FORMICONI, | ) Date: May 21, 2020 |
| | ) Time: 10:00 a.m. |
| Defendant | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

**STIPULATION**

1.      By the Court's own motion, this matter was continued to May 21, 2020.

2.      By this stipulation, the parties move to exclude time under the Speedy Trial Act, and under Local Code T4 time between January 30, 2020, and May 21, 2020.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      Both parties are investigating facts that may materially affect sentencing.

b)      On December 3, 2019, this Court vacated and continued the status conference previously set for December 11, 2019 to January 30, 2020.  On January 9. 2020, the Court vacated the Status Conference on January 30, 2020 to May 21, 2020.

STIPULATION AND ORDER          - 1 -

1

2

c)      Counsel for defendant consents to the continuance and requests the time exclusion in order to maintain continuity of counsel.

3

d)      The government does not object to the continuance.

4

e)      Based on the above-stated findings, the ends of justice served by

5

continuing the case as requested outweigh the interest of the public and the

6

defendant in a trial within the original date prescribed by the Speedy Trial Act.

7

f)      For the purpose of computing time under the Speedy Trial Act, 18

8

9

U.S.C. § 3161, et seq., within which trial must commence, the time period of

10

January 30, 2020 to May 21, 2020, inclusive, is deemed excludable pursuant to 18

11

U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

12

continuance granted by the Court at defendants' request on the basis of the Court's

13

finding that the ends of justice served by taking such action outweigh the best

14

interest of the public and the defendant in a speedy trial.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28
///

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATE:  January 15, 2020

                                /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Brian Formiconi

DATED:  January 15, 2020

                                /s/ Roger Yang
                                ROGER YANG
                                Assistant U.S. Attorney

## **ORDER**

     IT IS SO ORDERED.

Dated:  January 21, 2020

                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE