```
THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN FORMICONI,<br><br>　　　　Defendant | Case No.: 2:18-cr-00141-MCE<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date:　July 22, 2021<br>Time:　10:00 a.m.<br>Judge:　Hon. Morrison C. England, Jr. |

**STIPULATION**

　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on July 22, 2021. Defense counsel has been preparing for a federal jury trial set to begin in July of 2021. The case was originally set to begin during the beginning of July and was moved by court order to July 26, 2021. Defendant needs additional time to discuss this case with the Defendant. By this stipulation, defendant now moves to continue the status conference to September 2, 2021 and to exclude time between July 22, 2021, and September 2, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

　　2.　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　The government has represented that the discovery associated with this case includes hundreds of pages of discovery and a large amount of digital evidence. All

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  The government produced additional material recovered from a cell search in April 2020.

  b)  Counsel for defendant desires additional time to investigate restitution issues and possible defenses.   Counsel for defendant will need time to discuss the case with the defendant.

  c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d)  The government does not object to the continuance.

  e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 22, 2021 to September 2, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 20, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated: July 20, 2021

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
BRIAN FORMICONI

**ORDER**

IT IS SO ORDERED.

Dated: July 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE