THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BRIAN FORMICONI,<br><br>          Defendant | Case No.: 2:18-cr-00141-KJM<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE<br><br>Date:   February 28, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 2, 2021, is continued to February 28, 2022, at 9:00 a.m.   The case has been re-assigned to a new judge and Defense counsel needs additional time to prepare for sentencing.  Roger Yang, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance. The assigned probation officer is available on the newly requested date.  The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                                        February 28, 2022

Reply or Statement                                                          February 21, 2022

Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than:                                 February 14, 2022

STIPULATION AND ORDER              - 1 -

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | February 7, 2022 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 24, 2022 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | January 10, 2022 |

**IT IS SO STIPULATED.**

Dated:  November 15, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  November 15, 2021

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
BRIAN FORMICONI

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE