# U.S.A. v. Brian Formiconi

Case No. 2:18-cr-00141-KJM

## Exhibit A

Handwritten Letter from Brian Formiconi

I am the only person responsible for my actions; I surreptitiously took licentious photographs and sent them to a stranger. I have caused irreparable misery to the people that I was supposed to love and protect. My conscience will be forever haunted by my actions because the effects of my actions will outlive me. I am so sorry for what I've done! My heart is broken. There is so much in me that is good and kind and loving — but it is unlikely that those will be the first words that come to mind to most people when my name is mentioned. The actions that brought my opprobrium happened during an exceedingly dark time in my life, which did not come about suddenly.

After my wife finished medical school in Chicago, we moved to Rochester, Minnesota for her medical residency. In Chicago, I was auspiciously employed at my wifes' medical school, holding a respectable position. After moving to Minnesota, I was unable to find work, and so we decided it was the right time to start a family. It did not go well. After a year without success, it was medically determined that I would be unlikely to father a child "naturally." My wife went through the burdens of in vitro fertilization (IVF) and became pregnant with twin girls. At 33 weeks, ▇▇▇▇▇▇▇▇▇▇ was stillborn. Immediately afterwards, my wife underwent another round of IVF, hoping for the daughter that she believes God had cheated her of.

One year and fourteen days after our surviving daughter was born, we had twin boys. But some things were not right. ▮▮▮▮▮ had multiple physical health problems. He was constantly in therapy and at the doctor's office. We soon found out that ▮▮▮▮▮ has a stupefyingly rare liver disease that usually results in death by age five. Blessedly, now at age ten, ▮▮▮▮▮ is still alive and he is a happy child. But both boys are special needs, presenting with two typical expressions of autism. ▮▮▮▮▮, up until the time of my arrest, had daily therapy appointments, costing $100 a day, which were not covered by an insurance policy that cost almost $30,000 annually.

Shortly after the boys were born, my wife wanted to undergo another round of IVF to replace our dead daughter. I refused. This argument lasted until the time of my arrest. The acrimony this created broke our marriage. I know that my wife loves me, but I also know that she will never forgive me for not giving her another daughter. Oh, how much this still hurts me!

A year before leaving Minnesota to come "home," my wife and I purchased a house in Roseville. My wife made an extraordinary effort to find a home that would accommodate not only us and our three kids, but could also accommodate her mother, whom I affectionately called "mom." Even before we left Sacramento to go to Chicago, my wife's widowed mother was not an entirely independent

person. So mom moved to Chicago into an adjacent apartment and likewise to Minnesota. Mom relied on us to get her groceries, her mail, and to take her to her myriad medical appointments. Mom was not a healthy person physically nor mentally. Seven days before the end of my wife's medical residency, mom committed suicide. She would not be living in our new "home" that my wife took such great care to find.

After mom's death, I began abusing medications prescribed for legitimate medical needs. Other vices followed. Alcohol. Gambling. Pornography. I had a nervous breakdown and was taken to the hospital. I had thoughts of hurting myself, and the cops took me to the hospital. Life was no longer managable.

I am responsible for my actions, which must receive just punishment. Please understand that my actions during this very dark time in my life do not encapsulate who I am. I hope it is clear that I found my criminal actions revolting by the relatively narrow time frame involved. The dates of offense span three weeks and never happened again in the following 17 months before my arrest. I will never again commit crimes that will bring me back here. I am so sorry!

*Brian Fannin*

I am the only person responsible for my actions; I took licentious photographs and sent them to a stranger. The irreparable misery that I've caused to the people whom I love the most haunts me. My conscience will always be haunted because the effects of my actions will outlive me. My children live in the Google Era. Later in life, when friends, dates, colleagues and prospective employers Google them, some of the search engine's hits will be associated to me and my crime. The awkwardness and the embarrassment they will suffer shames me, discourages me, and breaks my heart. I have left my wife the burden of being a single parent in addition to the emotional turmoil that my actions have brought. My parents will live the remainder of their lives heavy-hearted; the child they raised with love and compassion will forever be an object of public obloquy.

Being in jail for the past 43 months has made me a spectator to the misery that I've caused. Unable to do anything for the people that I've hurt, I've been forced by my environment to become introspective. I am removed from drug and alcohol abuse, but I am also removed from the responsibilities and privileges of, what was, my life. In my stasis, I can see that I was at my nadir. Substance abuse and licentiousness were profoundly abhorrent escapes from my own personal agonies; they amplified my misery instead of relieving it.

My awareness of the miseries that I've caused sickens me. Never again will I commit the crimes that have caused this suffering. My heart aches for my family.