Nancy L Kretz

███████████

████████████████

January 14, 2022

Honorable Kimberly J. Mueller

District Court, ED/CA

501 I Street

Sacramento, CA 95814

       Re: United States v. Brian Formiconi, 2:cr-18-0141 KJM

Hello Your Honor,

I am writing on behalf of family and family friends of Brian Formiconi who support your favorable consideration of him during sentencing, set for 02/28/2022.

Brian is my son.  He's always been a kind, thoughtful and loving person. He's well educated and is a great teacher.  In fact, he has taught testing analytics to medical students in Illinois and is coaching his fellow inmates in English and math.

Brian has always been sensitive to others' needs.  Years ago, Brian was the kid who would wrap the worm around his fish hook, so as not to harm the worm.  Even as an adult, he 'catches' spiders or bugs who are indoors, and relocates them to a better environment.  Brian is often the guy giving roadside assistance to an unfortunate traveler.  He has been a significant support for me (and other family members) at critical or meaningful times in life – moving, illness, deaths in family, celebrations, etc.

As an intelligent adult interested in learning and academics (among many other things), Brian has great potential to be a productive member of society.

Brian was raised among family that love him dearly.  His father and I have visited Brian monthly (post COVID restrictions) and are committed to helping Brian in whatever way we can.   Now retired at the age of 70, I am a Registered Nurse (Ca RN244555) and a former member of the California State Bar (#212367).  My hope is to be available (i.e., alive) upon Brian's release as he transitions into his new life.

The love and family support, along with Brian's caring nature, will serve him well as he reenters society and rejoins our family ranks.  We pray he comes home soon.

Thank you for your consideration.

Sincerely,


Nancy L. Kretz – Mother                    Jayne Hamilton - Godmother

John Formiconi – Father                    Dean Hamilton - Godfather

Marguerite Formiconi Smith– Aunt           Sally Needham – Family friend

Jean Kretz Boswell – Aunt                  David Needham – Family friend

Donald Boswell – Uncle                     Mary Ann Shepperd – Family friend

Christine Tracy – Cousin


Copy – Lynne Dee Malain Formiconi, MD