HEATHER E. WILLIAMS, SBN #122664
Federal Defender
RACHELLE BARBOUR, SBN #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
BRIAN BAPTISTE FORMICONI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-CR-00141-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO VACATE** |
| | ) | **RESTITUTION HEARING AND ISSUE** |
| vs. | ) | **RESTITUTION ORDER** |
| | ) | |
| BRIAN BAPTISTE FORMICONI, | ) | Chief Judge Hon. Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and

Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour,

attorney for Brian Baptiste Formiconi, Defendant, that the restitution hearing currently scheduled

for February 13, 2023 at 9:00 a.m. be vacated, and that restitution be determined and a restitution

order be filed as set forth below.

The parties agree that a $35,000 restitution order is appropriate under 18 U.S.C. section

2259(a), and that the pending restitution hearing be vacated.

//

//

1    Mr. Formiconi may be remanded to the custody of the Marshals for designation and

2    transportation to the Bureau of Prisons.

3                                    Respectfully submitted,

4                                    HEATHER E. WILLIAMS
                                     Federal Defender
5

6    Date: February 6, 2023          /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
7                                    Assistant Federal Defender
                                     Attorneys for Defendant
8                                    BRIAN BAPTISTE FORMICONI

9

10   Date: February 6, 2023          PHILLIP A. TALBERT
                                     United States Attorney
11
                                     /s/Roger Yang
12                                   ROGER YANG
                                     Assistant U.S. Attorney
13                                   Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

The Court, having received, and considered the parties' stipulation, and good cause appearing

3

therefrom, adopts the parties' stipulation in its entirety and orders that a restitution amount of

4

$35,000 be imposed on Mr. Formiconi under 18 U.S.C. section 2259(a).  The Court vacates the

5

pending status conference of February 13, 2023.  Mr. Formiconi is remanded to the custody of

6

the Marshals for designation and transportation to the Bureau of Prisons.

7

Dated: February 8, 2023

8

9

10

CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28